# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 15-2602

———————————————

United States of America

*Plaintiff - Appellee*

v.

Mackenzie Everett Servantez

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Northern District of Iowa - Ft. Dodge

——————————

Submitted: December 3, 2015
Filed: December 8, 2015
[Unpublished]

——————————

Before SMITH, BYE, and SHEPHERD, Circuit Judges.

——————————

PER CURIAM.

Mackenzie Servantez directly appeals after he pled guilty to a federal drug charge, and the district court[1] sentenced him at the bottom of the applicable Guidelines

———————————————————

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

range. His counsel has moved to withdraw, and in a brief filed under <u>Anders v. California</u>, 386 U.S. 738 (1967), he challenges the substantive reasonableness of Servantez's sentence. Servantez had filed a pro se supplemental brief reiterating counsel's argument.

Upon careful review, we conclude that the court did not abuse its discretion in refusing to vary below the Guidelines range, and that the resulting sentence is not substantively unreasonable. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (standard of review); <u>United States v. Jordan</u>, 573 F.3d 586, 590 (8th Cir. 2009). Further, having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues.

The judgment is affirmed, and we grant counsel's motion to withdraw.

_____